IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Fidel Angel Vasquez, | : | |
| Petitioner | : | Case No. 2:09-cv-00935 |
| v. | : | Judge Smith |
| Debrah Timmerman-Cooper, Warden, | : | Magistrate Judge Abel |
| Respondent | : | |
| | : | |

**ORDER**

Petitioner Fidel Angel Vasquez, a prisoner at the London Correctional Institution, brought this action for writ of habeas corpus under 28 U.S.C. §2254. This matter is before the Court on Magistrate Judge Abel's October 23, 2009 Report and Recommendation that the petition for writ of habeas corpus under 28 U.S.C. §2254 be dismissed because it was not filed within one year of petitioner's conviction becoming final as required by 28 U.S.C. §2244(d)(1)(A).

No objections to the Report and Recommendation have been filed. As explained in the Report and Recommendation, petitioner's conviction became final ninety days after December 29, 2004, the date the Supreme Court of Ohio denied his motion for leave to appeal from the Court of Appeals' decision affirming the judgment of conviction. He had one year from that date to file a federal habeas corpus petition. He did not file this petition until October 2009, more than four years after his conviction became final. Upon *de novo* review as required by 28 U.S.C. §636(b)(1)(B), the Court

ADOPTS the Report and Recommendation.

The petition for writ of habeas corpus is DENIED. This action is hereby DISMISSED. The Clerk of Court is DIRECTED to enter JUDGMENT dismissing the petition as time-barred under 28 U.S.C. §2244(d)(1)(A).

s/ George C. Smith
George C. Smith
United States District Judge